# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY ALDEN,<br><br>   Plaintiff,<br><br> v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.;<br><br>   Defendants. | Case No.: 1:14-cv-01663- --- -JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT (Doc. 11)** |

On February 19, 2015, Plaintiff filed a notice that the matter has settled. (Doc. 11)  Thus, the Court **ORDERS**:

 1. The stipulated request for dismissal SHALL be filed no later than April 24, 2015;

 2. All pending dates, conferences and hearings are VACATED and any pending motions are ordered TERMINATED;

 3. The order to show cause (Doc. 9) is DISCHARGED;

 4. Within 10 days of this order, Defendant SHALL file a notification to the Court whether it will consent to Magistrate Judge jurisdiction for purposes of processing the dismissal;

///
///
///
///

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **February 20, 2015**                              **/s/ Jennifer L. Thurston**
                                                                                        UNITED STATES MAGISTRATE JUDGE