L. Paul Mankin, Esq. (SBN 264038)
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELODY ALDEN, an individual,** | Case No. 1:14-cv-01663-JLT |
| Plaintiff, | **ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.; and DOES 1 through 10, inclusive,** | (Doc. 15) |
| Defendant. | |

The Court has reviewed the Stipulation of Plaintiff, MELODY ALDEN, and Defendant, MIDLAND CREDIT MANAGEMENT, INC., to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

///

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated:   **April 23, 2015**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE